**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joyce Torian THOMPSON,**
**Defendant–Appellant.**

No. 00–7808.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 19, 2001.

Joyce Torian Thompson, pro se. Janice McKenzie Cole, United States Attorney, Raleigh, NC, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Joyce Torian Thompson appeals the district court's denial of her motion to correct an illegal sentence, and motion to amend that motion. Our review of the record and the district court's ruling discloses that this appeal from the district court's order denying her motions is without merit. *United States v. Thompson*, No. CR–87–53 (E.D.N.C. filed Oct. 24, 2000; entered Oct. 30, 2000). Therefore, we affirm the district court's ruling. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*